USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA BRETSCHNEIDER DONCOUSE,

                            Plaintiff,                  19-CV-00496 (JPO)(SN)

            -against-                       **ORDER**

GPEV LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the initial conference scheduled for Wednesday, March 25, 2020, at 11 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email prior to the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN

DATED:    March 16, 2020               United States Magistrate Judge
                 New York, New York